IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DEMARION TYRELL FORD                                                                            PLAINTIFF

v.                                            Case No. 6:23-cv-6113

OFFICER MORGAN MURRAY (Police
Officer, Hot Springs Police Department)                                                         DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed January 9, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 9. Judge Bryant recommends that this case be stayed and administratively terminating pending the resolution of Plaintiff's state criminal case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 9) *in toto*. Accordingly, this case is **STAYED** and **ADMINISTRATIVELY TERMINATED** pending the resolution of Plaintiff's criminal case. Plaintiff will have thirty (30) days after the final resolution of his pending criminal case to file a motion to reopen this case. Failure to file the motion by the deadline will result in the summary dismissal of this case.

**IT IS SO ORDERED**, this 29th day of January, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge