IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DEMARION TYRELL FORD                                                                    PLAINTIFF

v.                                    Case No. 6:23-cv-6113

OFFICER MORGAN MURRAY
(Police Officer, Hot Springs Police Department)                                         DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed January 27, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 14. Judge Ford recommends that Plaintiff's Motion to Reopen (ECF No. 12) be denied and Plaintiff's amended complaint (ECF No. 4) dismissed. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation (ECF No. 14) *in toto*. Accordingly, the Motion to Reopen (ECF No. 12) is **DENIED**, and Plaintiff's amended complaint (ECF No. 4) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of February, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge